STRADLEY, RONON, STEVENS & YOUNG, LLP
A Pennsylvania Limited Liability Partnership
By: Francis X. Manning
Woodland Falls Corporate Park
200 Lake Drive East, Suite 100
Cherry Hill, NJ 08002
(856) 321-2400
Attorneys for Defendant
Chase Home Finance LLC

UNITED STATES COURT DISTRICT
FOR THE DISTRICT OF NEW JERSEY
(CAMDEN VICINAGE)

| | |
|---|---|
| STACEY COLEMAN, fka Stacey Kovilaritch: individually and as a class representative on behalf of others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>CHASE HOME FINANCE, LLC, successor-by-merger to CHASE MANHATTAN MORTGAGE CORP. and John Doe 1-100 and John Doe Servicers 1-1-100,<br><br>Defendant. | No. 1:08-cv-02215-NLH-JS<br><br>DECLARATION IN SUPPORT OF MOTION TO DISMISS<br><br>FILED ELECTRONICALLY |

I, Francis X. Manning, pursuant to 28 U.S.C. § 1746, declare and state:

1. I am a partner in the law firm Stradley, Ronon, Stevens & Young, LLP. The firm is counsel to defendant Chase Home Finance LLC, in this matter.

2.  I submit this declaration in support of Defendant's Motion to Dismiss.

3.  Attached hereto as Exhibit A is a true and correct copy of the Order for Class Certification entered in *Polen v. Chase Manhattan Mortgage Corporation*, Superior Court of New Jersey, Gloucester County, No. 3-306-04.

4.  Attached hereto as Exhibit B is a true and correct copy of the Mortgage executed on October 28, 1997 between Stacey A. Kovilaritch and Eastern American Mortgage, Company.

5.  Attached hereto as Exhibit C is a true and correct copy of the Adjustable Rate Note executed on October 28, 1997 between Stacey A. Kovilaritch and Eastern American Mortgage, Company.

6.  Attached hereto as Exhibit D is a true and correct copy of the January 20, 2006 Order Setting Aside Judgment and Execution, Dismissing Foreclosure Proceeding and Reinstating Bond and Mortgage.

7.  Attached hereto as Exhibit E are true and correct copies of the docket printouts of Plaintiff's three successive bankruptcy petitions filed in the United States Bankruptcy Court for the District of New Jersey, docket numbers 02-10429, 02-19883 and 03-38329.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on September 8, 2008.

                                        /s/ Francis X. Manning
                                        Francis X. Manning

# 812303 v. 1