UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
(CAMDEN VICINAGE)

LEWIS G. ADLER, ESQUIRE
26 NEWTON AVENUE
WOODBURY, NJ 08096
(856)845-1968
ATTORNEY FOR PLAINTIFF

_____
                                          :
STACY COLEMAN, fka Stacy Kovilaritch:
individually and as a class representative :
On behalf of others similarly situated    :
            Plaintiff,                    :
                                          :     1:08-cv-2215 (NLH)(JS)
        vs.                               :
                                          :     CIVIL ACTION
CHASE HOME FINANCE, LLC.                  :
Successor by merger to                    :
CHASE MANHATTAN MORTGAGE                  :     Affidavit pursuant to Rule 56(f)
CORP. and John Doe 1-100                  :
and John Doe Servicers 1-100              :
            Defendant.                    :
_____

**I, Lewis G. Adler, Esquire,** of full age hereby certify to the following:

1. This certification is being submitted pursuant to Rule 56(f) in opposition to the motions filed by Chase.
2. The movants have filed motions to dismiss and/or for summary judgement.
3. The movant Chase has attached as part of its moving papers information which is beyond the scope of the pleadings. The Plaintiff has not had any opportunity to conduct discovery concerning any of the factual allegations raised by these additional facts.
4. The movant Chase has made factual allegations concerning its "contractual" relationship to the parties and the itemization of damages. The Plaintiff has not had the opportunity to conduct any discovery concerning these items The Defendants have all of this information and it is not readily available to the Plaintiff.
5. Pursuant to Rule 56(f), to the extent that the Defendants seek to rely upon facts and allegations beyond the allegations alleged in the

        complaint, the Plaintiff requests the court to refuse the application until discovery is completed.


I hereby certify that the foregoing statements made by me are true.  I realize that if any of these statements are willfully false, I am subject to punishment.


        _/s/Lewis G. Adler, Esquire_____

DATED: 9/22/08    Lewis G. Adler, Esquire