

# STRADLEY RONON
ATTORNEYS AT LAW

Stradley Ronon Stevens & Young, LLP
Woodland Falls Corporate Park
200 Lake Drive East, Suite 100
Cherry Hill, NJ 08002
Telephone (856) 321-2400
Fax (856) 321-2415
www.stradley.com

Francis X. Manning
fmanning@stradley.com
856-321-2403

October 21, 2008

**FILED ELECTRONICALLY**
Honorable Noel L. Hillman
Mitchell H. Cohen Federal Building & U.S. Courthouse
1 John F. Gerry Plaza
4th and Cooper Streets
Camden, NJ  08101

    Re:    **Stacy Coleman v. Chase Home Finance, LLC, et al**
              **U.S. District Court for the District of New Jersey**
              **Civil Action No.   1:08-cv-02215-NLH-JS**

Dear Judge Hillman:

        On September 8, 2008, Defendant Chase Home Finance LLC filed a Notice of Motion to Dismiss Complaint with accompanying brief.  Because the brief included an incorrect Table of Authorities, I am filing herewith the corrected Table of Authorities.

        Respectfully,

        s/Francis X. Manning

        Francis X. Manning

FXM/bac
c:     Lewis Adler, Esquire – via court's electronic server

Philadelphia, PA • Malvern, PA • Harrisburg, PA • Wilmington, DE • Cherry Hill, NJ • Washington, DC
A Pennsylvania Limited Liability Partnership
MERITAS LAW FIRMS WORLDWIDE

L # 831909 v.1

# TABLE OF AUTHORITIES

Page(s)

Cases

Baer v. Chase, 392 F.3d 609, 617 (3d Cir. 2004).....................................................23

Barrows v. Chase Manhattan Mortg. Corp., 465 F. Supp. 2d 347, 361
    (D.N.J. 2006).........................................................................................................31

Bell Atlantic Corp. v. Twombly, 127 S. Ct. 1955, 1974 (2007) ............................6, 7

Boyle v. D'Onofrio, 99 F. Supp. 2d 541, 549 (D.N.J. 2000)...................................19

Bubbles N' Bows, LLC v. Fey Publishing Co., Civ.A.No. 06-5391, 2007 WL
    2406980, at *10 (D.N.J. Aug. 20, 2007) ..............................................................21

Circle Chevrolet Co. v. Giordano, Halleran & Ciesla, 142 N.J. 280,
    289, 662 A.2d 509, 513 (N.J. 1995).....................................................................13

Crispino v. Chem. Bank New Jersey (In re Crispino), 160 B.R. 749,
    756 (Bankr. D.N.J. 1993) .....................................................................................11

DiTrolio v. Antiles, 142 N.J. 253, 267, 662 A.2d 494, 502 (N.J. 1995)............10, 12

Fleming Cos., Inc. v. Thriftway Medford Lakes, Inc., 913 F. Supp.
    837, 846 (D.N.J. 1995).........................................................................................22

Genarri v. Weichert Co. Realtors, 148 N.J. 582, 610, 691 A.2d 350,
    367 (N.J. 1997).....................................................................................................16

Glynn v. Park Tower Apartments, Inc., 213 N.J. Super. 357, 362,
    517 A.2d 475, 478 (N.J. Super. Ct. App. Div. 1996)...........................................27

Highlands Ins. Co. v. PRG Brokerage, Inc., No. 01 Civ. 2272 (GBD),
    2004 WL 35439, at *8 (S.D.N.Y. Jan. 6, 2004)...................................................14

In re 865 Centennial Ave. Assoc. Ltd. P'ship., 200 B.R. 800, 813
    (Bankr. D.N.J. 1996) ............................................................................................11

Jewish Ctr. of Sussex County v. Whale, 86 N.J. 619, 624, 432 A.2d
    521, 524 (N.J. 1981).............................................................................................16

LaSalle Nat'l Bank v. Johnson, 2006 WL 551563, at *2 (N.J. Ch. March 3, 2006) ................................................................................................11

Lewison Bros. v. Washington Sav. Bank (In re Lewison Bank), 162 B.R. 974 (Bankr. D.N.J. 1993) ........................................................................11

Lum v. Bank of America, 361 F.3d 217, 222 n.3 (3d Cir. 2004), cert. denied, 543 U.S. 918, 125 S. Ct. 271 (2004) ................................................4, 7

Margulies v. Chase Manhattan Mortgage Corp., 2005 WL 2923580, at *6 (N.J. Super. Ct. App. Div. Nov. 7, 2005) ..............................................23

Moser v. Milner Hotels, Inc., 6 N.J. 278, 280, 78 A.2d 393, 394 (N.J. 1951) ...........................................................................................................23

Mystic Isle Dev. Corp. v. Perskie & Nehmad, 142 N.J. 310, 332-33, 662 A.2d 523, 534 (N.J. 1995) ..................................................................12

Nappier v. PriceWaterhouse Coopers LLP, 227 F. Supp. 2d 263, 272 (D.N.J. 2002) ......................................................................................................7

Olds v. Donnelly, 150 N.J. 424, 431, 696 A.2d 633, 637 (N.J. 1997) ..........9, 10, 13

Pell v. Weinstein, 759 F. Supp. 1107, 1118-19 (M.D. Pa. 1991) ...........................19

Phillips v. County of Allegheny, 515 F.3d 224, 232 (3d Cir. 2008) ..................6, 29

Prevratil v. Mohr, 145 N.J. 180, 187, 678 A.2d 243, 246 (N.J. 1996) ......................7

Public Service Enter. Group, Inc. v. Philadelphia Elec. Co., 722 F.Supp. 184, 193 (D.N.J. 1989) ...........................................................................21

R.J. Gaydos Ins. Agency, Inc. v. Nat'l. Consumer Ins. Co., 168 N.J. 255, 271, 773 A.2d 1132, 1142 (N.J. 2001) ......................................................26

Resolution Trust Corp. v. Minassian, 777 F. Supp. 385, 389-90 (D.N.J. 1991) ...................................................................................................30

Ryno, Inc. v. First Nat'l Bank of South Jersey, 208 N.J. Super. 562, 570, 506 A.2d 762, 766 (N.J. Super Ct. App. Div. 1986) ...................................10

Sakhrani v. Washington Mut. Bank, F.A., Civ.A.No. 06-1760 (PGS), 2006 WL 2040256, at *3 (D.N.J. July 20, 2006) ..................................................7

Seville Indus. Mach. Corp. v. Southmost Mach. Corp., 742 F.2d 786,
    791 (3d Cir. 1984) ..................................................................................18

Slim CD, Inc. v. Heartland Payment Sys., No. 06-2256, 2007
    WL 2459349, at * 11 (D.N.J. Aug. 24, 2007).....................................22

Smith v. Red Top Taxicab Corp., 111 N.J.L. 439, 440-41, 168 A. 796,
    796 (N.J. 1933) .........................................................................................9

Sovereign Bank, FSB v. Kuelzow, 297 N.J.Super. 187, 196, 687 A.2d
    1039, 104 (N.J. Super. Ct. App. Div. 1997)..........................................4

Sun NLF Ltd. P'ship v. Sasso, 313 N.J. Super. 546, 551, 713 A.2d
    538, 54 (N.J. Super. Ct. App. Div. 1998).............................................11

United Jersey Bank v. Kensey, 306 N.J. Super. 540, 553, 704 A.2d
    38, 45 (N.J. Super Ct. App. Div. 1997)................................................20

United States v. Philip Morris, Inc., 263 F. Supp. 2d 72, 78
    (D.D.C. 2003)..........................................................................................25

VW Credit, Inc. v. Coast Auto. Group, Ltd., 2005 WL 375052, at
    * 6-7 (N.J. Super. Ct. App. Div. Feb. 14, 2006) ................................11

Whittingham v. Amended Mortg. Elec. Registration Serv., Inc.,
    No. 06-3016 (RBK), 2007 WL 1456196, at *6 (D.N.J. May 15, 2007)...............26

Woods Corporate Assoc. v. Signet Star Holdings, Inc., 910 F. Supp
    1019, 1034 (D.N.J. 1995) ......................................................................22

Statutes

N.J.S.A. § 2A:15-13 ............................................................................................28

N.J.S.A. § 2A:50-54............................................................................................27

N.J.S.A. § 22A:2-8..............................................................................................28

N.J.S.A. § 22A:2-10 ...........................................................................................28

N.J.S.A. § 31:1-1(b)............................................................................................29

N.J.S.A. § 31:1-3 ............................................................................................. 28, 30

N.J.S.A. § 56:8-2 .................................................................................................... 24

N.J.S.A. § 56:12-1 .................................................................................................. 31

N.J.S.A. §§ 56:12-14 to -18 .................................................................................... 30

N.J.S.A. § 56:12-15 ................................................................................................ 31

Rules

Fed. R. Civ. P. 8(a)(2) ............................................................................................ 21

Fed. R. Civ. P. 9(b) .................................................................................................. 2

Constitutional Provisions

N.J. Const. art. IV ..................................................................................................... 9

State Regulations

N.J. Admin. Code § 3:1-1.1(b) ............................................................................... 29