STRADLEY, RONON, STEVENS & YOUNG, LLP
A Pennsylvania Limited Liability Partnership
By: Francis X. Manning
Woodland Falls Corporate Park
200 Lake Drive East, Suite 100
Cherry Hill, NJ 08002
(856) 321-2400
Attorneys for Defendant
Chase Home Finance LLC

UNITED STATES COURT DISTRICT
FOR THE DISTRICT OF NEW JERSEY
(CAMDEN VICINAGE)

| | |
|---|---|
| STACEY COLEMAN, fka Stacey Kovilaritch: individually and as a class representative on behalf of others similarly situated, | No. 1:08-cv-02215-NLH-JS |
| Plaintiff, | SUPPLEMENTAL DECLARATION OF FRANCIS X. MANNING |
| vs. | |
| CHASE HOME FINANCE, LLC, successor-by-merger to CHASE MANHATTAN MORTGAGE CORP. and John Doe 1-100 and John Doe Servicers 1-1-100, | |
| Defendant. | FILED ELECTRONICALLY |

I, Francis X. Manning, pursuant to 28 U.S.C. § 1746, declare and state:

1. I am a partner in the law firm Stradley Ronon Stevens & Young, LLP. The firm is counsel to defendant Chase Home Finance LLC, in this matter.

2. I submit this supplemental declaration in support of Defendant's Reply in Support of its Motion to Dismiss.

3. Attached hereto as Exhibit A is a true and correct copy of the Order Directing Sheriff to Pay Additional Sums to Plaintiff in *Chase Manhattan Mortgage Corporation v. Stacey A. Kovilaritch, et al*, Superior Court of New Jersey Gloucester County, Chancery Division, Docket No. F-18980-01.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on October 27, 2008.

/s/ Francis X. Manning
Francis X. Manning

# 835093 v. 1

# EXHIBIT "A"

CH-3403
FEDERMAN AND PHELAN, P.C.
51 Haddonfield Road
Suite 210
Cherry Hill, New Jersey 08002
(609) 665-0856
Attorney for the Plaintiff

FILED
SUPERIOR COURT OF NJ
SEP 18 2002

| CHASE MANHATTAN MORTGAGE CORPORATION<br><br>PLAINTIFF<br>vs.<br><br>STACEY A. KOVILARITCH, ET AL<br>DEFENDANTS | SUPERIOR COURT OF NEW JERSEY<br>CHANCERY DIVISION<br>GLOUCESTER COUNTY<br><br>Docket No: F-18980-01<br>CIVIL ACTION<br><br>ORDER DIRECTING SHERIFF TO PAY ADDITIONAL SUMS TO PLAINTIFF |
|---|---|

This matter being opened to the Court by Federman and Phelan, P.C., Attorneys for the Plaintiff, requesting an Order Directing the Sheriff of GLOUCESTER County to pay the Plaintiff an amount in addition to the amount adjudged to be paid to the Plaintiff by virtue of the Writ of Execution in this action, and it appearing that the Plaintiff has advanced sums of money subsequent to the Final Judgment for taxes, etc. and for good cause appearing:

IT IS ORDERED on this 18 day of Sept, 2002, that the Sheriff of GLOUCESTER County pay the Plaintiff the following amounts in addition to the amount adjudged to be paid to the Plaintiff by the Writ of Execution in this action.

1. The sum of $3,343.45

IT IS FURTHER ORDERED that lawful interest on the aforesaid amounts shall be awarded as of the date of this Order; and

IT IS FURTHER ORDERED that a copy of this Order be served upon all answering defendants within 10 days from the date hereof.

This Order is only effective when entered and delivered to the Sheriff prior to the foreclosure sale.

Neil H. Shuster, P.J. Ch.

Respectfully recommended:

_____

Respectfully recommended:
R. 1:34-6 OFFICE OF FORECLOSURE