# Lewis G. Adler, Esq.
**26 Newton Avenue**
**Woodbury, NJ 08096**
**(856) 845-1968 voice**
**(856) 848-9504 fax**

February 23, 2009

```
Honorable Noel L. Hillman, USDJ
Mitchell H. Cohen Courthouse
Rm 5020
1 John F.Gerry Plaza
Camden, NJ 08101

RE: Coleman v. Chase
    Case No. 1:08-cv-2215

Dear Judge Hillman:


     There is currently pending before the court a motion
to dismiss filed by the Defendants in this matter. I am
writing pursuant to Local Rule 7.1(d)(6) for permission to
file a sur-reply to address the recent decision of the New
Jersey Supreme Court on the New Jersey Consumer Fraud Act
in the case of Bosland v. Warnock Dodge, Inc. (A-97-07)
decided February 19, 2009.

Respectfully submitted,



Lewis G. Adler, Esq.

Cc:    Honorable Joel Schneider, USMJ
       Francis X. Manning, Esq.
```