
# STRADLEY RONON
ATTORNEYS AT LAW

Stradley Ronon Stevens & Young, LLP
Woodland Falls Corporate Park
200 Lake Drive East, Suite 100
Cherry Hill, NJ 08002
Telephone (856) 321-2400
Fax (856) 321-2415
www.stradley.com

**Francis X. Manning**
fmanning@stradley.com
856-321-2403

February 25, 2009

**Filed Electronically and Regular U.S. Mail**
Honorable Noel L. Hillman
Mitchell H. Cohen Federal Building & U.S. Courthouse
1 John F. Gerry Plaza
4th and Cooper Streets
Camden, NJ  08101

Re:   **Stacy Coleman v. Chase Home Finance, LLC, et al**
      **U.S. District Court for the District of New Jersey**
      **Civil Action No.   1:08-cv-02215-NLH-JS**

Dear Judge Hillman:

On February 24, 2009, the Court granted Plaintiff's request to file a sur reply in connection with Defendant's Motion to Dismiss. On behalf of Defendant, we ask for the opportunity to file a response to the sur reply by March 9, 2009.

Respectfully,

s/Francis X. Manning

Francis X. Manning

FXM/bac
c:   Lewis Adler, Esquire – served via the Court's Electronic Server