```
              IN THE UNITED STATES DISTRICT COURT
                 FOR THE DISTRICT OF NEW JERSEY
```

| | |
|---|---|
| STACEY COLEMAN,<br>        Plaintiff,<br><br>   v.<br><br>CHASE HOME FINANCE, LLC,<br><br>        Defendant. | CIVIL NO. 08-2215(NLH)(JS)<br><br>**ORDER** |

For the reasons expressed in the Court's Opinion filed today,

IT IS HEREBY on this 11th day of May 11, 2009

ORDERED that defendant Chase Home Finance, LLC's motion to dismiss [7] is DENIED WITHOUT PREJUDICE; and it is further

ORDERED that the parties shall undertake expedited discovery on the limited issue of the citizenship of the defendant within twenty days of the date of this Order.  Within thirty days of the date of this Order, plaintiff shall file an amended complaint in accordance with the information gathered during jurisdictional discovery, or otherwise contact the Court for the reasons expressed in the Opinion.

                                       s/ Noel L. Hillman
At Camden, New Jersey                  NOEL L. HILLMAN, U.S.D.J.