STRADLEY, RONON, STEVENS & YOUNG, LLP
A Pennsylvania Limited Liability Partnership
By: Francis X. Manning
Woodland Falls Corporate Park
200 Lake Drive East, Suite 100
Cherry Hill, NJ 08002
(856) 321-2400
Attorneys for Defendant
Chase Home Finance LLC

UNITED STATES COURT DISTRICT
FOR THE DISTRICT OF NEW JERSEY
(CAMDEN VICINAGE)

| | |
|---|---|
| STACEY COLEMAN, fka Stacey Kovilaritch: individually and as a class representative on behalf of others similarly situated, | No. 1:08-cv-02215-NLH-JS |
| Plaintiff, | SUPPLEMENTAL DECLARATION OF FRANCIS X. MANNING |
| vs. | |
| CHASE HOME FINANCE, LLC, successor-by-merger to CHASE MANHATTAN MORTGAGE CORP. and John Doe 1-100 and John Doe Servicers 1-1-100, | |
| Defendant. | FILED ELECTRONICALLY |

I, Francis X. Manning, pursuant to 28 U.S.C. § 1746, declare and state:

1. I am a partner in the law firm Stradley Ronon Stevens & Young, LLP. The firm is counsel to defendant Chase Home Finance LLC, in this matter.

2. I submit this supplemental declaration in further support of Defendant's Motion to Dismiss Plaintiff's First Amended Complaint.

3. Attached hereto as Exhibit A is a true and correct copy of the January 30, 2009, Memorandum and Order in *Allen v. Lasalle Bank, N.A., et al,* United Stated District Court, District of New Jersey, No. 08-2240.

4. Attached hereto as Exhibit B is a true and correct copy of the September 18, 2002, Order Directing Sheriff to Pay Additional Sums to Plaintiff in *Chase Manhattan Mortgage Corp. v. Stacey A. Kovilaritch et al.*, Superior Court of New Jersey, Gloucester County, Chancery Division, Docket No. F-18980-01.

I declare under penalty of perjury that the foregoing is true and correct. Executed on September 1, 2009.

/s/ Francis X. Manning
Francis X. Manning