CH-3403
FEDERMAN AND PHELAN, P.C.
51 Haddonfield Road
Suite 210
Cherry Hill, New Jersey 08002
(609) 665-0856
Attorney for the Plaintiff

| | |
|---|---|
| CHASE MANHATTAN MORTGAGE CORPORATION<br><br>PLAINTIFF<br>vs.<br><br>STACEY A. KOVILARITCH, ET AL<br>DEFENDANTS | SUPERIOR COURT OF NEW JERSEY<br>CHANCERY DIVISION<br>GLOUCESTER COUNTY<br><br>Docket No: F-18980-01<br><br>CIVIL ACTION<br><br>ORDER DIRECTING SHERIFF TO PAY ADDITIONAL SUMS TO PLAINTIFF |

FILED SUPERIOR COURT OF NJ SEP 18 2002

This matter being opened to the Court by Federman and Phelan, P.C., Attorneys for the Plaintiff, requesting an Order Directing the Sheriff of GLOUCESTER County to pay the Plaintiff an amount in addition to the amount adjudged to be paid to the Plaintiff by virtue of the Writ of Execution in this action, and it appearing that the Plaintiff has advanced sums of money subsequent to the Final Judgment for taxes, etc. and for good cause appearing:

IT IS ORDERED on this 18 day of Sept, 2002, that the Sheriff of GLOUCESTER County pay the Plaintiff the following amounts in addition to the amount adjudged to be paid to the Plaintiff by the Writ of Execution in this action.

1. The sum of $3,343.45

IT IS FURTHER ORDERED that lawful interest on the aforesaid amounts shall be awarded as of the date of this Order; and

IT IS FURTHER ORDERED that a copy of this Order be served upon all answering defendants within 10 days from the date hereof.

This Order is only effective when entered and delivered to the Sheriff prior to the foreclosure sale.

Neil H. Shuster, P.J. Ch.

Respectfully recommended:

_____

Respectfully recommended:
R. II:34-6 OFFICE OF FORECLOSURE