

Stradley Ronon Stevens & Young, LLP
Woodland Falls Corporate Park
200 Lake Drive East, Suite 100
Cherry Hill, NJ 08002
Telephone (856) 321-2400
Fax (856) 321-2415
www.stradley.com

**Francis X. Manning**
fmanning@stradley.com
856-321-2403

November 5, 2009

**Filed Electronically and**
**Regular U.S. Mail**
Honorable Noel L. Hillman
Mitchell H. Cohen Federal Building & U.S. Courthouse
1 John F. Gerry Plaza
4th and Cooper Streets
Camden, NJ  08101

> **Re:    Stacy Coleman v. Chase Home Finance, LLC, et al**
> **U.S. District Court for the District of New Jersey**
> **Civil Action No.   1:08-cv-02215-NLH-JS**

Dear Judge Hillman:

If the Court were to grant Plaintiff's November 2, 2009 request to file a sur reply in connection with Defendant's Motion to Dismiss, Defendant requests the opportunity to file a response.

Respectfully,

s/Francis X. Manning

Francis X. Manning

FXM/bac
c:    Lewis Adler, Esquire – served via the Court's Electronic Server

---

**Philadelphia, PA • Harrisburg, PA • Malvern, PA • Cherry Hill, NJ • Trenton, NJ • Wilmington, DE • Washington, DC**
A Pennsylvania Limited Liability Partnership