IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| STACEY COLEMAN,<br>    Plaintiff,<br>v.<br>CHASE HOME FINANCE, LLC,<br>    Defendant. | CIVIL NO. 08-2215(NLH)(JS)<br><br>**ORDER** |

For the reasons expressed in the Court's Opinion filed today,

IT IS HEREBY on this 10th day of November, 2009

ORDERED that defendant Chase Home Finance, LLC's motion to dismiss [29] is GRANTED; and it is further

ORDERED that the Clerk of the Court shall mark this matter as CLOSED.

                                    s/ Noel L. Hillman
At Camden, New Jersey               NOEL L. HILLMAN, U.S.D.J.