# United States District Court
## District of New Jersey

LAW OFFICES OF LEWIS G. ADLER
26 Newton Avenue
Woodbury, New Jersey 08096
(856) 845-1968
Attorney for Plaintiffs

| | |
|---|---|
| **STACY COLEMAN, fka Stacy Kovilaritch individually and as a class representative On behalf of others similarly situated**<br>       Plaintiff,<br><br>              vs.<br><br>**CHASE HOME FINANCE, LLC.**<br>**Successor by merger to**<br>**CHASE MANHATTAN MORTGAGE**<br>**CORP. and John Doe 1-100**<br>**and John Doe Servicers 1-100**<br>              Defendant. | CASE NO.<br>      Case No. 1:08-cv-2215 (NLH)(JS)<br><br>       <u>Civil Action</u><br><br><br>       Notice of Motion |

To:
   Frances X. Manning, Esquire
   Woodland Falls Corporate Park
   200 Lake Drive East, Suite 100
   Cherry Hill, NJ 08002
   Attorneys for Defendants Chase Home Finance, LLC

   **Please take notice** that on Monday, December 21, 2009 at 10:00am or as soon thereafter as the is matter may be heard, the undersigned attorney for Plaintiffs shall move before the above Courthouse, :

   1.      For the court to reconsider a portion of its decision dated November 10, 2009; and/or allow the Plaintiff to file an amended complaint.

Dated: November 19, 2009          /s/ Lewis G. Adler, Esq.

                                                            Lewis G. Adler, Esq.