UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

LEWIS G. ADLER, ESQUIRE
26 NEWTON AVENUE
WOODBURY, NJ 08096
(856)845-1968
ATTORNEY FOR PLAINTIFFS

| | |
|---|---|
| STACY COLEMAN, fka Stacy Kovilaritch individually and as a class representative On behalf of others similarly situated<br>        Plaintiff,<br><br>vs.<br><br>CHASE HOME FINANCE, LLC.<br>Successor by merger to<br>CHASE MANHATTAN MORTGAGE CORP.  and John Doe 1-100<br>and John Doe Servicers 1-100<br>                Defendant. | CASE NO.<br>         <u>1:08-cv-2215 NLH-JS</u><br>         <u>Civil Action</u><br><br>Notice of Appeal |

    Notice is hereby given that, plaintiff in the above named case, hereby appeals to the United States Court of Appeals for the Third Circuit from the final judgment dated November 10, 2009 entered in this action on the  10 of November 2009  and the denial of reconsideration entered on December 8, 2009.

                                                           <u>/s/  Lewis G. Adler, Esq</u>
                                                           Lewis G. Adler, Esquire
                                                           26 Newton Avenue
                                                           Woodbury, NJ 08096